**Order entered June 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00422-CR

**ARACELY MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

Before the Court is Lawrence Mitchell's June 4, 2018 motion to substitute counsel. We **GRANT** the motion. The Clerk of the Court is **DIRECTED** to **REMOVE** Valencia Bush and **SUBSTITUTE** Lawrence Mitchell as counsel for appellant. All future correspondence should be sent to Lawrence Mitchell, P.O. Box 797632, Dallas, TX 75379.

/s/    LANA MYERS
             JUSTICE